**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STATE FARM LIFE INSURANCE** | : | |
| **COMPANY** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LOUIS G. MOSTAK at al.,** | : | **No. 15-1033** |
| *Defendants*. | : | |

**O R D E R**

   **AND NOW**, this 21st day of June, 2016, in consideration of the Defendant Louis

Mostak's Motion *in Limine*, seeking to exclude the testimony of Defendant Barbara Deeley and

her Attorneys Robert Costigan and Richard Costigan (Doc. No. 37), as well as the Defendant

Barbara Deeley's Response in Opposition to the Motion (Doc. No. 41), it is hereby **ORDERED**

that the Defendant Louis Mostak's Motion *in Limine* is **DENIED**.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1